**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **KATALIN HORVATH,** | ) | NO. CV 09-6070-RSWL(CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| **CHILD PROTECTIVE SERVICES, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |

    IT IS HEREBY ADJUDGED that the petition is dismissed.

DATED: August 26, 2009

                                   /s/
                                   HONORABLE RONALD S. W. LEW
                                   SENIOR U.S. DISTRICT COURT JUDGE